JACK B. SCHMETTERER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

In re:                                §
                                      §
THOMPSON, JAMES M                     §    Case No. 14-12198
                                      §
            Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/25/2014 in Courtroom 682,
United States Courthouse
219 South Dearborn
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/21/2014           By: Clerk of the Bankruptcy Court
                                                                                    Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| THOMPSON, JAMES M | § | Case No. 14-12198 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,561.07 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 10,551.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,806.11 | $ 0.00 | $ 1,806.11 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,806.11 |
| Remaining Balance | | | $ 8,744.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,443.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service | $ 4,443.66 | $ 0.00 | $ 4,443.66 |
| Total to be paid to priority creditors | | | | $ 4,443.66 |
| Remaining Balance | | | | $ 4,301.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,873.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Navient Solutions, Inc. | $ 45,702.12 | $ 0.00 | $ 1,415.53 |
| 000003 | JPMorgan Chase Bank, N.A. | $ 92,838.31 | $ 0.00 | $ 2,875.47 |
| 000002B | Internal Revenue Service | $ 332.58 | $ 0.00 | $ 10.30 |
| Total to be paid to timely general unsecured creditors | | | | $ 4,301.30 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if

applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                    Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-12198-JBS
James M Thompson                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: gbeemster              Page 1 of 1               Date Rcvd: Oct 22, 2014
                                Form ID: pdf006              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2014.
db              +James M Thompson,    2135 Milton Ave.,    Park Ridge, IL 60068-2321
21745561         Best Buy Credit Services,    P.O. Box 688911,    Des Moines, IA 50368-8911
21745562        +Chase Bank,    c/o Douglas R. Johnson Law, PC,    321 N. Clark St., 5th Fl.,
                  Chicago, IL 60654-4714
21745563         Chase Cardmember Services,    P.O. Box 15123,    Wilmington, DE 19850-5123
21745564        +Chase Mortgage Financial,    3415 Vision Dr.,    Columbus, OH 43219-6009
21745565        +Dorthea Arntzen,    2135 Milton Ave.,    Park Ridge, IL 60068-2321
21745566        +Ingrid Thompson,    2135 Milton Ave.,    Park Ridge, IL 60068-2321
22292102        +JPMorgan Chase Bank, N.A.,    77 W Wacker Dr Ste 4800,    Chicago, IL 60601-1664
21745568        +Kurt Arntzen,    2135 Milton Ave.,    Park Ridge, IL 60068-2321
21745560        +Kurt and Dorothea Arntzen,    2135 Milton Ave.,    Park Ridge, IL 60068-2321
22140987         Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                  Wilkes-Barre, PA 18773-9635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21745567          E-mail/Text: cio.bncmail@irs.gov Oct 23 2014 01:27:22      Internal Revenue Service,
                  Centralized Insolvency Office,    P.O. Box 21126,    Philadelphia, PA 19114-0326
21745569          E-mail/PDF: pa_dc_claims@navient.com Oct 23 2014 01:34:57      Sallie Mae,
                  Department of Ed Loan Services,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21745570         Student loans
21745572         Viking Supply Co.
21745571*       +Ingrid Thompson,    2135 Milton Ave,    Park Ridge, IL 60068-2321
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2014 at the address(es) listed below:
              Kyle A Lindsey    on behalf of Debtor James M Thompson klindsey@jnlegal.net, cjohnson@jnlegal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                             TOTAL: 3