JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
THOMPSON, JAMES M                     §     Case No. 14-12198
                                      §
           Debtor(s)                  §
                                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/PHILIP V. MARTINO_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Mortgage Financial 3415 Vision Dr. Columbus, OH 43219 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 14-12198   Doc 24   Filed 02/10/15   Entered 02/10/15 14:37:06   Desc Main
Document   Page 4 of 9

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Office P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| 000002A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) (Page: 4)

Document    Page 5 of 9

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy Credit Services P.O. Box 688911 Des Moines, IA 50368-8911 | | | | | |
| | Chase Cardmember Services P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | |
| | Chase Cardmember Services P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | |
| | Chase Cardmember Services P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | |
| | Ingrid Thompson 2135 Milton Ave Park Ridge, IL 60068 | | | | | |
| | Kurt and Dorothea Arntzen 2135 Milton Ave. Park Ridge, IL 60068 | | | | | |
| | Student loans | | | | | |
| 000002B | INTERNAL REVENUE SERVICE | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000001 | NAVIENT SOLUTIONS, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

Case No:  14-12198  JBS  Judge: JACK B. SCHMETTERER  Trustee Name:  PHILIP V. MARTINO
Case Name:  THOMPSON, JAMES M  Date Filed (f) or Converted (c):  04/01/14 (f)
           341(a) Meeting Date:  05/16/14
For Period Ending: 01/13/15  Claims Bar Date:  08/29/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. US BANK CHECKING ACCT. ****7343 (BALANCE OF ACCOUN | 11,264.89 | 11,666.07 | | 10,561.07 | FA |
| 2. US BANK SAVINGS ACCT. ****7407 | 3.85 | 0.00 | | 0.00 | FA |
| 3. MISC. USED HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. MISC. USED CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 5. CUNA MUTUAL LIFE INSURANCE POLICY | 1,255.21 | 0.00 | | 0.00 | FA |
| 6. IBEW LOCAL N. 134 PENSION PLAN | 215,858.13 | 0.00 | | 0.00 | FA |
| 7. 2007 HONDA FIT | 4,270.00 | 0.00 | | 0.00 | FA |
| 8. DOG (NOT PUREBRED) | 25.00 | 0.00 | | 0.00 | FA |
| 9. CASH HELD BY ILLINOIS TREASURER VIA CASHDASH | 400.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)  $234,277.08  $11,666.07  $10,561.07

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/14   Current Projected Date of Final Report (TFR): 10/31/14

LFORM1
UST Form 101-7-TDR (5/1/2011) (Page: 7)

Ver: 18.03b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-12198 -JBS | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | THOMPSON, JAMES M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9937 Checking Account |
| Taxpayer ID No: | *******0085 | | |
| For Period Ending: | 01/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/14 | 1 | JP Morgan Chase Bank NA | Balance of Check Account | 1129-000 | 10,561.07 | | 10,561.07 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,551.07 |
| 12/05/14 | 005001 | Philip V. Martino<br>Trustee for Chapter 7 Bankruptcy of<br>James Thompson<br>Case No. 14-12198 | Trustee Compensation | 2100-000 | | 1,806.11 | 8,744.96 |
| 12/05/14 | 005002 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Claim 000002A, Payment 100.00000% | 5800-000 | | 4,443.66 | 4,301.30 |
| 12/05/14 | 005003 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Claim 000001, Payment 3.09730% | 7100-000 | | 1,415.53 | 2,885.77 |
| 12/05/14 | 005004 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317 | Claim 000002B, Payment 3.09700% | 7100-000 | | 10.30 | 2,875.47 |
| 12/05/14 | 005005 | JPMorgan Chase Bank, N.A.<br>c/o Karl J. Reed<br>P.O. Box 29550<br>AZ1-1004<br>Phoenix, AZ  85038 | Claim 000003, Payment 3.09729%<br>(3-1) Modified on 8/19/14 to<br>correct creditor address (GB). | 7100-000 | | 2,875.47 | 0.00 |

Page Subtotals     10,561.07     10,561.07

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-12198 -JBS |
| Case Name: | THOMPSON, JAMES M |
| Taxpayer ID No: | *******0085 |
| For Period Ending: | 01/13/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9937  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,561.07 | 10,561.07 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,561.07 | 10,561.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,561.07 | 10,561.07 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9937 | 10,561.07 | 10,561.07 | 0.00 |
| | 10,561.07 | 10,561.07 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*